

```
                    FILED
           CLERK, U.S. DISTRICT COURT

                AUG 17 2020

          CENTRAL DISTRICT OF CALIFORNIA
           BY                    DEPUTY
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. ~~ED 18 10~~ |
| ) | EDCR 19-0104-JGB-1 |
| Plaintiff, ) | |
| ) | ORDER OF DETENTION AFTER HEARING |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); |
| ) | 18 U.S.C. § 3143(a)] |
| Richard Aaron Urrutia, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met ~~his~~/her ~~burden~~ of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 ~~U.S.C.~~ § 3142(b) or (c). This finding is based on apparent ongoing substance abuse, two arrests

1  ~~while on release~~

4 and/or

5 B.  (✓) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: apparent ongoing substance abuse, two arrests
10 while on release, criminal history, possessions of guns
11 while on release, consorting with a felon, did not
12 advise probation of at least one arrest

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: Aug. 17, 2020

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE